In the Matter of the Application of JOSEPH H. FRIEL, Appellant, for a Peremptory Writ of Mandamus against WILLIAM McADOO, as Police Commissioner of the City of New York, Respondent.

*Matter of Friel* v. *McAdoo,* 101 App. Div. 155, affirmed.
(Argued April 13, 1905; decided May 2, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

January 31, 1905, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to retire the relator from the police force of the city of New York and place his name upon the police pension roll.

*William C. De Witt* and *Hersey Egginton* for appellant.

*John J. Delany, Corporation Counsel (James D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: GRAY, J.